UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 25-00805-JFW (AS) | Date | October 5, 2026 |
| Title | James John Rangel v. Santa Ana Jail, et. al., | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |

| | |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On April 17, 2025, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 against Defendants Santa Ana Jail and Wellpath Medical. (Dkt. No. 1). On June 24, 2025, the Court issued an Order Directing Service of Process by the United States Marshall, an Order Re Rights Case, an Order Re service of process, and 21 Day Summons as to all Defendants. (Dkt. Nos. 6-10). On the same date, the Civil Rights packet with blank USM 285 forms were mailed to Plaintiff at his address of record at the Santa Ana Jail. (Dkt. Entry). The Order re Service of Process directed Plaintiff to return completes USM-285 forms for each defendant and a notice of submission to the Court no later than July 24, 2025. (Dkt. No. 9). The Court's Orders were returned to the Court on July 3, July 9, and July 17, 2025, as undelivered mail. (Dkt. Nos. 11, 13, 14). On July 17, 2025, the Court issued an order requiring Plaintiff to provide the court with his current address pursuant to Local Rule 41-6 within ten days. (Dkt. No. 12). However, that Order was also returned to the Court as undelivered mail on July 28, 2025. (Dkt. No. 15).

On August 21, 2025, Plaintiff filed a notice of change of address listing the Federal Detention Center in Seattle, Washington as his address of record. (Dkt. No. 19). On September 2, 2025, Plaintiff filed another notice of change of address listing the Federal Correctional Institution in Sheridan, Oregon, as his address of record. (Dkt. No. 20). According to the Bureau of Prisons inmate locator system (https://www.bop.gov, last accessed on October 2, 2026), Plaintiff is not in BOP custody as of January 6, 2026.

Although it has been well over one year since Plaintiff filed his most recent notice of change of address, and more than nine months since Plaintiff was in the custody of the Bureau of Prisons, Plaintiff has failed to comply with the Court's Orders regarding service of his complaint, failed to provide his current address of record, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, by no later than November 5, 2026**, why this action should not be dismissed with prejudice for failure to prosecute and/or failure to comply with a court order. This Order will be discharged upon the filing of an notice of change of address

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 25-00805-JFW (AS) | Date | October 5, 2026 |
| Title | James John Rangel v. Santa Ana Jail, et. al., | | |

indicating Plaintiff's current address of record, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to do so. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED**.

0 : 00

Initials of Preparer AF